STATE OF NEW JERSEY v. NATIONAL FUEL OIL CO., INC.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY GERKHARDT AND
ANDREW JOHN DELLO STRITTO.

May 18, 1981.

Petition for certification denied.

SAMUEL E. OUGHTON AND JEANNETTA W. KEYSER v. BOARD
OF FIRE COMMISSIONERS, FIRE DISTRICT NO. 1, MOORES-
TOWN TOWNSHIP, COUNTY OF BURLINGTON.

May 18, 1981.

Petition for certification denied.   (See 178 *N.J.Super.* 565)